**Lorenzo RICHARDSON,**
**Plaintiff–Appellant,**

v.

**WAKE COUNTY SHERIFF'S OFFICE;**
**Wake County Justice Center,**
**Defendants–Appellees.**

No. 15–7273.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Lorenzo Dominic Richardson, Appellant Pro Se.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Richardson seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Richardson v. Wake Cty. Sheriff's Office*, No. 5:15–ct–03136–BO (E.D.N.C. July 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*